UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HENRY J. DURHAM,

                Plaintiff,

-against-                      9:17-CV-0434 (LEK/DJS)

HASSAN JONES, *et al.*,

                Defendants.

# ORDER

## I. INTRODUCTION

This matter comes before the Court following a Report-Recommendation filed on January 23, 2019, by the Honorable Daniel J. Stewart, U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3. Dkt. No. 30 ("Report-Recommendation").

## II. LEGAL STANDARD

Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b); L.R. 72.1(c). A court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." Id. Otherwise, if no objections are made, or if an objection is general, conclusory, perfunctory, or a mere reiteration of an argument made to the magistrate judge, a district court need review that aspect of a report-recommendation only for clear error. Barnes v. Prack, No. 11-CV-857, 2013 WL 1121353, at *1 (N.D.N.Y. Mar. 18, 2013); Farid v. Bouey, 554 F. Supp. 2d 301, 306–07, 306 n.2 (N.D.N.Y. 2008), abrogated on other grounds by Widomski v. State Univ. of N.Y. at Orange, 748 F.3d 471 (2d Cir.

2014); see also Machicote v. Ercole, No. 06-CV-13320, 2011 WL 3809920, at *2 (S.D.N.Y. Aug. 25, 2011) ("[E]ven a *pro se* party's objections to a Report and Recommendation must be specific and clearly aimed at particular findings in the magistrate's proposal, such that no party be allowed a second bite at the apple by simply relitigating a prior argument."). "A [district] judge . . . may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." § 636(b).

### III. DISCUSSION

No objections were filed in the allotted time period. Docket. Thus, the Court has reviewed the Report-Recommendation for clear error and has found none.

### IV. CONCLUSION

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 30) is **APPROVED and ADOPTED in its entirety**; and it is further

**ORDERED**, that Defendants' motion for summary judgment (Dkt. No. 26) is **GRANTED in part and DENIED in part**; and it is further

**ORDERED**, that Plaintiff's medical indifference claim is **DISMISSED**; and it is further

**ORDERED**, that the Clerk remove defendants Amy Brothers and Maria Ocampo from this action; and it is further

**ORDERED**, that Plaintiff's excessive force claims against defendants Hassan Jones, Michael Wright, Mr. Velasquez, and Paul Calogero **SURVIVE** Defendant's motion; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

DATED:     March 08, 2019
                Albany, New York

Lawrence E. Kahn
U.S. District Judge